## Commonwealth *v.* Dunston, Appellant.

Submitted September 13, 1973. *John G. Veith,* for appellant; *David Richman* and *James T. Ranney,* Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.